**BLEVINS v. STATE.**
No. 24144.

Court of Criminal Appeals of Texas.
June 23, 1948.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for burglary with intent to commit theft, punishment assessed at three years in the penitentiary.

The record contains neither statement of facts nor bills of exception. The proceedings appear to be regular. Nothing is presented for review.

The judgment is affirmed.